UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN NEAL EDENBURN,

    Defendant.

Case:4:22-cr-20463
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 09-07-2022 At 09:04 AM
INDI USA v EDENBURN (sk)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with Intent to Distribute Methamphetamine**
**(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii))**

On or about August 1, 2022, in the Eastern District of Michigan, Ryan Edenburn knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT TWO
### Possession with Intent to Distribute Psilocybin
### (21 U.S.C. § 841(a)(1))

On or about August 1, 2022, in the Eastern District of Michigan, Ryan Edenburn knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of psilocybin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT THREE
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c))

On or about August 1, 2022, in the Eastern District of Michigan, Ryan Edenburn, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, 21 U.S.C. § 841(a)(1), possession with intent to distribute methamphetamine and psilocybin; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR
### Felon in Possession of Ammunition
### (18 U.S.C. § 922(g)(1))

On or about August 1, 2022, in the Eastern District of Michigan, Ryan Edenburn, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting

commerce, ammunition, that is, live rounds of .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: September 7, 2022

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/TIMOTHY M. TURKELSON
TIMOTHY M. TURKELSON (P53748)
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

s/ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

| Companion Case information MUST be completed by | | Case: 4:22-cr-20463<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 09-07-2022 At 09:04 AM<br>INDI USA v EDENBURN (sk) |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case C** | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** TT |

**Case Title:** USA v. Ryan Neal Edenburn

**County where offense occurred:** Genesee

**Check One:**   ☑ Felony    ☐ Misdemeanor    ☐ Petty

   X  Indictment/____ Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number: _____]
   ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 7, 2022         s/TIMOTHY TURKELSON
         Date                     Timothy Turkelson
                                   Assistant United States Attorney
                                   210 Federal Building
                                   600 Church Street
                                   Flint, Michigan 48502
                                   Telephone: (810) 766-5177
                                   Email: Timothy.Turkelson@usdoj.gov
                                   P53748

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013