UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 22-CR-20463 |
| v. | HON. F. KAY BEHM<br>United States District Judge |
| RYAN EDENBURN, | |
| | HON. CURTIS IVY, JR. |
| Defendant. | United States Magistrate Judge |

_____

**ORDER GRANTING MOTION TO WITHDRAW (ECF No. 25)**
**AND DENYING MOTION FOR NEW COUNSEL AS MOOT (ECF No. 27)**
_____

A hearing was held on July 25, 2023 regarding defense counsel's motion to withdraw as counsel. (ECF No. 25). For the reasons stated on the record, the motion is **GRANTED** and new counsel will be appointed to represent the defendant.

**IT IS ORDERED** that another attorney be appointed to represent Defendant Ryan Neal Edenburn and that the matter be referred to the Federal Community Defender Office in this district for the assignment of new counsel. Until the appointment of new counsel, Major While shall remain Mr. Edenburn's counsel of record.

**IT IS FURTHER ORDERED** that the time between the entry of this order and fourteen days after either the filing of an appearance by new counsel or until new counsel has appeared at a status conference, whichever is later, shall be counted as excludable delay pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A) as time necessary

1

2

to fully dispose of the instant motion and to serve the ends of justice by affording new counsel adequate time for pretrial preparations.

    **SO ORDERED.**

Dated: August 1, 2023                                        s/F. Kay Behm  
                                                                   F. Kay Behm  
                                                                    United States District Judge